**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2272

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −86)**

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 802 F.Supp.2d 1374 (J.P.M.L. 2011). Since that time, 437 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Rebecca R Pallmeyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Pallmeyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Rebecca R Pallmeyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ ENJOLI FLETCHER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
July 11, 2012

**IN RE: ZIMMER NEXGEN KNEE IMPLANT
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2272

**SCHEDULE CTO−86 − TAG−ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ALABAMA SOUTHERN**

ALS      1      12−00404      Thorton v. Zimmer, Inc. et al   12cv5394

**CALIFORNIA CENTRAL**

CAC      2      12−05287      Patricia White v. Zimmer Inc et al   12cv5395

**CALIFORNIA EASTERN**

CAE      2      12−01617      Saiyad v. Zimmer, Inc. et al   12cv5396
CAE      2      12−01619      Sandoval v. Zimmer, Inc., et al.,  12cv5397
CAE      2      12−01620      Williams−Thompson v. Zimmer, Inc. et al  12cv5398
CAE      2      12−01621      White et al v. Zimmer, Inc. et al   12cv5399

**CALIFORNIA NORTHERN**

CAN      5      12−03084      Subia v. Zimmer, Inc. et al   12cv5400
CAN      5      12−03085      Subocz v. Zimmer, Inc. et al   12cv5402
CAN      5      12−03086      Smith−Jordan v. Zimmer, Inc. et al  12cv5403

**ILLINOIS CENTRAL**

ILC      4      12−04059      Willis v. Zimmer Holdings, Inc. et al  12cv5405

**ILLINOIS NORTHERN**

ILN      1      12−04873      Lienert et al v. Zimmer, Inc.  Vacated 6/28/12
ILN      1      12−04890      Mitchell v. Zimmer, Inc. et al  Vacated 6/28/12

**IOWA SOUTHERN**

IAS      3      12−00081      Yates et al v. Zimmer Inc et al   12cv5406

**NORTH CAROLINA MIDDLE**

NCM      1      12−00616      DOWNING v. ZIMMER, INC. et al   12cv5407

OHIO NORTHERN

| | | | | |
|---|---|---|---|---|
| OHN | 5 | 12−01437 | Briggs et al v. Zimmer, Inc. et al | 12cv5408 |
| OHN | 5 | 12−01530 | Jewell III et al v. Zimmer, Inc. et al | Opposed 7/5/12 |
| OHN | 5 | 12−01547 | Want v. Zimmer, Inc. et al | 12cv5409 |
| OHN | 5 | 12−01549 | Womack v. Zimmer, Inc. et al | 12cv5410 |
| OHN | 5 | 12−01557 | Thorpe et al v. Zimmer, Inc. et al | 12cv5411 |
| OHN | 5 | 12−01562 | Greene v. Zimmer, Inc. et al | 12cv5412 |
| OHN | 5 | 12−01563 | Baker v. Zimmer, Inc. et al | 12cv5413 |
| OHN | 5 | 12−01564 | Deegan et al v. Zimmer, Inc. et al | 12cv5414 |
| OHN | 5 | 12−01567 | Jackson v. Zimmer, Inc. et al | 12cv5415 |
| OHN | 5 | 12−01568 | Printup v. Zimmer, Inc. et al | 12cv5416 |
| OHN | 5 | 12−01571 | Rosman v. Zimmer, Inc. et al | 12cv5417 |

PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 12−03165 | WEST et al v. ZIMMER, INC. et al | 12cv5418 |

TEXAS EASTERN

| | | | | |
|---|---|---|---|---|
| TXE | 2 | 12−00341 | Warnstaff v. Zimmer, Inc. et al | 12cv5419 |

TEXAS NORTHERN

| | | | | |
|---|---|---|---|---|
| TXN | 5 | 12−00098 | Ramos et al v. Zimmer, Inc. et al | 12cv5420 |